140 A.3d 675

**Donald BETHEA, Petitioner**

v.

**COMMONWEALTH of Pennsylvania, and Court of Common Pleas of Philadelphia, Respondents.**

**No. 60 EM 2016.**

Supreme Court of Pennsylvania.

June 20, 2016.

### *ORDER*

PER CURIAM.

**AND NOW,** this 20th day of June, 2016, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus is **DENIED.**

140 A.3d 676

**ROBINSON, Faruq, Petitioner**

v.

**WELLS FARGO BANK, Peter Wapner, Phelan Hallinan, Respondents.**

**No. 70 EM 2016.**

Supreme Court of Pennsylvania.

June 20, 2016.

### *ORDER*

PER CURIAM.

**AND NOW,** this 20th day of June, 2016, the Application for Extraordinary and/or King's Bench Jurisdiction is **DENIED.**